UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-106 JD |
| | ) | |
| BRIAN A. EDWARDS | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 22, 2012 [DE 11]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Brian A. Edwards' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1014 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  November 9, 2012


        /s/ JON E. DEGUILIO
Judge
United States District Court